# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARYJUDE ZIMMERMAN,

    Plaintiff,

vs.

                    CASE NO.

PODS ENTERPRISES, LLC,

    Defendant.

_____/

## NOTICE OF REMOVAL OF ACTION

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(b), Defendant PODS Enterprises, LLC ("Defendant") files this Notice to remove the above-styled action from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The grounds for removal are as follows:

    1.    On or about December 12, 2018, Plaintiff Maryjude Zimmerman ("Plaintiff") instituted this action by filing her Complaint against Defendant in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, styled *Maryjude Zimmerman v. PODS Enterprises, LLC,* Case No. 18-008108-CI.  (A copy of the Complaint is included among the copies of all papers now on file with the Circuit Court, attached hereto as Composite Exhibit A.)

    2.    This Court has original jurisdiction over this action because Plaintiff asserts claims arising under federal statutes.  *See* 28 U.S.C. §§ 1331, 1441.  Specifically, this is a civil action alleging claims arising under the Americans with Disabilities Act, 42 U.S.C. § 1201 *et seq.* ("ADA").  Thus, the Court has original jurisdiction over the action under 28 U.S.C § 1331, and the action is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

    3.    As described in the Complaint, the alleged events giving rise to the claims occurred in Pinellas County, Florida.  (Complaint, ¶ 2.)  Therefore, pursuant to 28 U.S.C. § 1391 and L.R.

1.02(c), venue is proper in the Tampa Division of the United States District Court for the Middle District of Florida.

4. The Complaint and Summons were served on Defendant on December 14, 2018. This Notice of Removal is being filed on January 3, 2018, within 30 days of the date the Complaint was served on Defendant. Therefore, this Notice of Removal is timely and proper. *See* 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and other papers served on Defendant and on file with the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, Case No. 18-008108-CI, are attached hereto as Composite Exhibit "A."

6. A copy of the Notice of Removal is being served upon Plaintiff by service upon her counsel of record. A copy of this Notice of Removal also is being filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

## **CONCLUSION**

This Court has removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. Defendant now exercises its right under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446 to remove this action from the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Date:  January 3, 2019

                      Respectfully submitted,

                      s/ John E. Phillips
                      John Phillips
                        Florida Bar No.: 0823155
                      Raquel Ramirez Jefferson
                        Florida Bar No.: 103758
                      Phelps Dunbar LLP
                      100 South Ashley Drive, Suite 1900
                      Tampa, Florida 33602-5311
                      Telephone: 813-472-7550
                      Facsimile: 813-472-7570
                      john.phillips@phelps.com
                      raquel.jefferson@phelps.com

                      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2019, a true and correct copy of the foregoing was served by regular U.S. Mail to the following:

Wolfgang M. Florin, Esq.
Christopher D. Gray, Esq.
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Email:   wolfgang@fgbolaw.com
            chris@fgbolaw.com

Attorneys for Plaintiff

                      s/John E. Phillips
                      Attorney for Defendant

PD.25138646.1