Filing # 82025010 E-Filed 12/12/2018 03:28:00 PM

IN THE CIRCUIT COURT OF SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

**MARYJUDE ZIMMERMAN,**

    **Plaintiff,**

vs.                                                                                   **CASE NO.:**

**PODS ENTERPRISES, LLC**

    **Defendant.**
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, MARYJUDE ZIMMERMAN, (hereinafter referred to as "PLAINTIFF") by and through her undersigned counsel, and sues the Defendant, PODS ENTERPRISES, LLC, (hereinafter referred to as "DEFENDANT") and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $15,000.00 (Fifteen Thousand Dollars), exclusive of costs and interest.

2. Venue lies within Pinellas County because a substantial part of the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. At all times material herein, Plaintiff, was and is resident of Pasco County, Florida.

4. At all times material herein, Defendant was and is a Florida corporation, licensed and authorized to and doing business in Pinellas County, Florida.

5. Defendant is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## ADMINISTRATIVE PREREQUISITES

6. All conditions precedent to bringing this action have occurred.

7. On August 13, 2018 Plaintiff filed a timely Charge of Discrimination with the Equal Opportunity Employment Commission ("EEOC") and the Florida Commission on Human Relations ("FCHR"). A Right to Sue ("RTS") was issued November 14, 2018. (*Attached herein as Exhibits A and B*).

## FACTUAL ALLEGATIONS

8. Plaintiff began her employment with Defendant on or around June 2013 as a Customer Experience Manager. Plaintiff was eventually promoted to Sales Coordinator Manager and then in June 2016 was promoted to the position of Director of Sales Support.

9. In December 2016 Plaintiff was diagnosed with a qualified disability.

10. Following her diagnosis Plaintiff underwent a regimen of treatment including a surgical procedure.

11. In March 2018 Plaintiff notified her direct manager, David Redmond, that she was scheduled to have another surgical procedure related to her disability.

12. Mr. Redmond responded with surprise that Plaintiff was still undergoing treatment and suffering from the effects of her condition.

13. Mr. Redmond had previously stated to Plaintiff "your hair is back, now you're fine". Plaintiff informed Mr. Redmond that she was not fine and provided him with details regarding her current treatment regimen and the adverse effects of the medications she was taking.

14. Shortly, thereafter, on April 2, 2018 Plaintiff was terminated.

15. At the time of her termination Plaintiff had an unblemished personnel file.

## COUNT I
## AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT OF 2008 ("ADAAA") DISABILITY DISCRIMINATION

16. Plaintiff realleges and adopts the allegations in paragraphs 1 through 15 as if set out in full hereafter.

17. Plaintiff is an individual entitled to protection under the Americans With Disabilities Act Amendments of 2008 ("ADAAA") and was an employee within the meaning of the ADAAA.

18. Plaintiff is a qualified individual with a disability within the meaning of the ADAAA, because Plaintiff, with a reasonable accommodation, could perform the essential functions of her job with Defendant.

19. By the conduct described above, Defendant engaged in unlawful employment practices in violation of the ADAAA, took adverse employment actions against Plaintiff and discriminated against Plaintiff because of her disability and/or perceived disability.

20. As a result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

   a. Back pay and benefits;

   b. Interest on back pay and benefits;

   c. Front pay and benefits;

   d. Compensatory damages, including damages for mental anguish, loss of dignity, and other intangible injuries;

   e. Pecuniary and non-pecuniary losses;

   f. Attorney's fees and costs; and

   g. For any other relief this Court deems just and equitable.

WHEREFORE, Plaintiff demands a trial by trial and a judgment against Defendant in an amount within the jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars, plus attorney's fees, costs, interest, and for such other relief to which the Plaintiff may be justly entitled.

### DEMAND FOR JURY TRIAL

21.  Plaintiff demands a trial by jury on all issues so triable.

DATED this 12th day of December 2018.

> FLORIN GRAY BOUZAS OWENS, LLC
>
> /s/WOLFGANG M. FLORIN
> **WOLFGANG M. FLORIN, ESQUIRE**
> Florida Bar No.: 907804
> Primary: wolfgang@fgbolaw.com
> Secondary: tina@fgbolaw.com
> **CHRISTOPHER D. GRAY, ESQUIRE**
> Florida Bar No.: 902004
> chris@fgbolaw.com
> 16524 Pointe Village Drive, Suite 100
> Lutz, FL 33558
> Telephone (727) 254-5255
> Facsimile (727) 483-7942
> Attorneys for Plaintiff



STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this court.
This ___ day DEC 2 8 2018, 20___
KEN BURKE
Clerk of Circuit Court
By: _____
Deputy Clerk

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 511-2018-04446 |

State or local agency, if any: Florida Commission On Human Relations and EEOC

| Name (Indicate Mr., Mrs., Ms.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Maryjude Zimmerman | 727-■■■ |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| ■■■ | ■■■ | ■■■ |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| PODS Enterprises, LLC | over 100 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 13535 Feather Sound Drive, | Clearwater, FL 33762 | Pinellas |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐
RETALIATION ☒   AGE ☐   DISABILITY ☒   OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: June 2016
LATEST: December 14, 2017

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I:   **PERSONAL HARM:** I began my employment on or about June 2013 as a Customer Experience Manager. In June 2014 I was promoted to Sales Coordinator Manager. Then, in June 2016 I was promoted to the position of Director of Sales Support.

In December 2016 I was diagnosed with a qualified disability. Throughout 2017 and to the present I have undergone a regimen of treatment including a surgical procedure. In March 2018 I notified my direct manager David Redmond that I had to schedule another surgical procedure related to my disability (which I underwent on May 30, 2018). He responded with surprise that I was still undergoing treatment and suffering from the effects of my condition. He had previously stated to me "your hair is back, now you're fine". I was not fine and provided him with details regarding my current treatment regimen and the adverse effects of the medications I was taking.

Shortly, thereafter, on April 2, 2018 I was terminated. At the time of my termination I had an unblemished personnel file.

II:   **RESPONDENT'S REASON FOR ADVERSE ACTION:**

III:   **STATEMENT OF DISCRIMINATION:** I believe I was discriminated against because of my disability in violation of the Americans With Disabilities Amendments Act and Florida Statutes Chapter 760.

☒ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:

SIGN: _____
PRINT: _____
State of Florida at Large (SEAL)

DATE: 6/11/2018
CHARGING PARTY (Signature): Maryjude Zimmerman

EEOC FORM 5 (Rev. 06/92)

Received
AUG 1 3 2018
Tampa Field Office

EEOC Form 161 (11/16)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Maryjude Zimmerman

From: Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2018-04446 | STANLEY MOFFETT, Investigator | (813) 202-7922 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*    NOV 1 4 2018

Evangeline Hawthorne,    (Date Mailed)
Director

Enclosures(s)

cc:
PODS Enterprises, LLC.
c/o Phelps Dunbar LLP
Attn: Erin L. Malone, Esq.
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602

Florin, Gray, Bouzas & Owens, PA
Attn: Wolfgang M. Florin, Esq.
16524 Pointe Village Dr.
Suite 100
Lutz, FL 33558